**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC ZIA, | No.  2:25-CV-2660-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is Plaintiff's motion for an extension of time to file a dispositive motion. See ECF No. 12.  Good cause appearing therefor, Plaintiff's motion will be granted and Plaintiff's motion for summary judgment, filed on March 9, 2026, will be deemed timely.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion for an extension of time, ECF No. 12, is granted.

2.    Plaintiff's motion for summary judgment, ECF No. 13, is deemed timely.

Dated:  March 11, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2